**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

UNITED STATES OF AMERICA,

        Appellee                App. No. 15-**3084**

      v.

DEVON CLEVELAND HUNT

        Appellant

**UNOPPOSED MOTION FOR UNTIMELY FILING OF REPLY BRIEF**

    NOW COMES Appellant Devon Cleveland Hunt, by and through the undersigned counsel, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, and respectfully moves this Honorable Court, to allow the late filing of his reply brief. In support of this motion, the undersigned states unto this Court:

    1.    The reply brief in this matter was to have been filed on August 15, 2016.

    2.    Counsel had made this request to allow him time to tend to a serious family illness. That illness, unfortunately, ended with the death of counsel's brother. Events surrounding that event have simply not left counsel the time to comply with the August 15, 2016 deadline.

    3.    The brief should be filed on August 23, 2016. The AUSA assigned to the matter has graciously indicated that he has no objection to this late filing.

    4. Oral argument in the matter has not been scheduled and the late filing should not disrupt in any way the resolution of the matter.

    5. The interests of justice require that this motion be granted.

    WHEREFORE, counsel respectfully requests that the brief be accepted as timely filed.

Respectfully submitted,

_____
Edward C. Sussman No. 174623
Counsel for Appellant Hunt
Suite 900 South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was, this 22nd day of August, 2016 served on all interested parties through the court's electronic filing system.

_____/s/_____
Edward C. Sussman